# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

LOUISIANA STATE UNIVERSITY
BOARD OF SUPERVISORS THROUGH
LOUISIANA STATE UNIVERSITY

NO.  2021 CW 0216

VERSUS

PETER JOHN NAUGHTON

**MARCH 11, 2021**

In Re:   Peter John Naughton, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 674591.

**BEFORE:   McDONALD, HOLDRIDGE, AND PENZATO, JJ.**

**WRIT GRANTED WITH ORDER.**  The district court's ruling that the motion for new trial filed by defendant, Peter John Naughton, was not filed by January 13, 2021 and for that reason is untimely, is vacated.  This matter is remanded with instructions that the district court conduct a contradictory hearing on the issue of the timeliness of defendant's motion for new trial.

**JMM**
**GH**
**AHP**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT